```
                                                    FILED
1  BARRY J. PORTMAN                                JAN 0 8 2007
   Federal Public Defender
2  ELIZABETH M. FALK                              RICHARD W. WIEKING
   Assistant Federal Public Defender           CLERK, U.S. DISTRICT COURT
3  19th Floor Federal Building                NORTHERN DISTRICT OF CALIFORNIA
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant WOODARD
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   No. CR 06-665 MAG
11                                   )
             Plaintiff,              )   MOTION TO CONTINUE SENTENCING
12                                   )   HEARING; [PROPOSED] ORDER
         v.                          )
13                                   )   Date:  January 9, 2006
   BERNADETTE WOODARD,               )   Time:  10:30 a.m.
14                                   )   Court: The Honorable Elizabeth D. Laporte
             Defendant.              )
15  _____  )

16       The parties hereby stipulate and request as follows;

17       1.  The United States Probation Office needs more time to prepare a Presentence

18           Report;

19       2.  The parties have no objection to continuing the sentencing of Ms. Woodard to

20           enable the Probation Department to prepare a thorough report;

21       3.  The parties jointly request a continuance of the sentencing to February 27, 2006,

22           at 10:30 a.m.

23

24  Dated: January 3, 2006
                                              /s/ Elizabeth M. Falk
25                                            _____
                                              ELIZABETH M. FALK
26                                            ASSISTANT FEDERAL PUBLIC DEFENDER
```

06-0665 MAG; Stip. Continue Sentencing            1

1  Dated: January 3, 2006

2  _____
   DEREK OWENS
   ASSISTANT UNITED STATES ATTORNEY

3

4  [~~PROPOSED~~] ORDER

5

6  For the reasons stated herein, the sentencing of the above-referenced case is hereby

7  CONTINUED to ___February 27, 2007___, at ___10:30 am___.

8

9  IT IS SO ORDERED

10  Jan 1, 2008

11  _____
    THE HONORABLE ELIZABETH D. LAPORTE
12  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

06-0665 MAG; Stip. Continue Sentencing            2